AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF    NEVADA

MAIGA HRALIMA,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER: **3:11-cv-00553-ECR-WGC**

JEROME PALAHA, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted. **IT IS FURTHER ORDERED** that this action constitutes plaintiff's third "strikes" under 28 U.S.C. § 1915(g), making him ineligible for *in forma pauperis* status in future civil actions. **IT IS FURTHER ORDERED** that any appeal of this decision would not be taken in good faith.


   10/5/2011                                     **LANCE S. WILSON**
                                                        Clerk


                                                    /s/ P. McDonald
                                                    Deputy Clerk