**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAIGA HRALIMA, | |
| Plaintiff, | 3:11-cv-00553-ECF-WGC |
| vs. | **ORDER** |
| JEROME POLAHA, | |
| Defendants. | |

On October 5, 2011, the Court dismissed with prejudice this *pro se* civil rights action (docket #8). Judgment was entered on the same day (docket #9). Before the Court is plaintiff's second motion to reconsider (docket #12) and a motion for legal clarification (docket #13).

Upon consideration of the second motion to reconsider and the entire file, the Court again finds that petitioner fails to demonstrate some reason whey the Court should reconsider and vacate the order dismissing his action. The claim of conspiracy to which petitioner references does not relieve this complaint from the constraints imposed by *Preiser v. Rodriguez*, 411 U.S. 475 (1973); *Young v. Kenny*, 907 F.2d 874 (9th Cir. 1990), *cert. denied* 11 S.Ct. 1090 (1991), or *Heck v. Humphrey*, 512 U.S. 477, 487-88 (1994). The claims presented in the complaint, including the allegation of conspiracy, implicate the validity of plaintiff's conviction. The motion shall be denied. Moreover, plaintiff will not be permitted to submit serial motions for reconsideration raising single points, one after one. Plaintiff may appeal this Order to the Ninth Circuit Court of Appeals, but this Court will not consider further motions in this action.

1  Plaintiff's motion for legal clarification (docket #13), which is, for the most part another
2 attempt to argue the merits of his case, shall also be denied.
3  **IT IS THEREFORE ORDERED** that plaintiff's motions (dockets #12 and #13) are
4 **DENIED.**  The Clerk shall not accept any other documents for filing in this action except a properly
5 submitted Notice of Appeal.
6  Dated this 27th day of October, 2011.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE